JOHN MORRISON, Respondent, *v.* THE PRESS PUBLISHING COMPANY, Appellant.

(Argued March 18, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made April 16, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Joseph M. Keatinge* for appellant.

*Joshua M. Fiero* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JOSHUA P. DEMBY, Respondent, *v.* THE CITY OF KINGSTON, Appellant.

(Argued March 18, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 21, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*G. D. B. Hasbrouck* for appellant.

*F. A. Westbrook* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.